UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MICHAEL ANGELO LENA, AN9209,<br>Plaintiff. | Case No. 24-cv-07194-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

On October 15, 2024, the clerk filed as a new action a letter from plaintiff claiming misappropriation of funds and other wrongdoing within the state prison system. The court notified plaintiff in writing at that time that the action was deficient because it was not submitted in an actual complaint form and because plaintiff did not pay the requisite $405.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 28 days have elapsed; however, plaintiff has not provided the court with the requisite items or sought an extension of time to do so. This action accordingly is DISMISSED without prejudice.

The clerk is instructed to close the case.

**IT IS SO ORDERED**.

Dated: December 6, 2024

_____
CHARLES R. BREYER
United States District Judge